## Commonwealth ex rel. Falls, Appellant, *v.* Falls.

Argued September 15, 1970. *Edward A. de-Cindis,* for appellant; *Herman Weber, Jr.,* for appellee.
Order affirmed.